UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) )  3:09-md-02100-DRH-PMF ) ) MDL No. 2100 ) |

**This Document Relates To:**

| | |
|---|---|
| Lisa R. Hudson, et al v. Bayer HealthCare Pharmaceuticals Inc., et al | No. 3:10-cv-12401-DRH-PMF |
| Clara Morgan v. Bayer Corporation, et al. | No. 3:10-cv-20131-DRH-PMF |
| Brittany Campbell, et al v. Bayer Corporation, et al | No. 3:11-cv-20017-DRH-PMF |
| Renee Beall v. Bayer Corporation, et al | No. 3:10-cv-20484-DRH-PMF |
| Stacey Lau, et al v. Bayer Corporation, et al | No. 3:10-cv-20521-DRH-PMF |
| Larissa Reynolds, et al v. Bayer Corporation, et al | No. 3:10-cv-20431-DRH-PMF |
| Shea Bennett-Callen v. Bayer Corporation, et al | No. 3:12-cv-20072-DRH-PMF |
| Bridget Isgro, et al v. Bayer Corporation, et al | No. 3:12-cv-20020-DRH-PMF |
| Lori Simanek, et al v. Bayer Corporation, et al | No. 3:11-cv-20086-DRH-PMF |

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

2

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on January 25, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                                NANCY J. ROSENSTENGEL,
                                                **CLERK OF COURT**

                                                BY:_____/s/*Sara Jennings*_____
                                                           **Deputy Clerk**

Dated:  January 28, 2013

David R. Herndon
2013.01.28
14:56:12 -06'00'

APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT